IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| WANDA HUTTO,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDEPENDENT ORDER OF FORESTERS,<br><br>    Defendant. | CIVIL ACTION NO.: 5:23-cv-38 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay Proceedings and the Obligation to File the Rule 26(f) Report. Doc. 9. The parties report they engaged in meaningful settlement discussions during the Rule 26(f) conference. Id. at 1. The parties now believe an early resolution is possible. Id. at 2. To that end, the parties request a stay of 45 days while Defendant continues investigating the claims Plaintiff raises in her Complaint. Id.

Upon reviewing the record and for good cause shown, the Court hereby **GRANTS** the request. The Court **STAYS** the Rule 26(f) conference and all discovery deadlines for 45 days. If the parties do not file a notice of settlement **on or before July 21, 2023**, the stay shall lift automatically.

**SO ORDERED**, this 8th day of June, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA